**Walter Edward HELGOTH, Appellant,**

v.

**Gene STUBBLEFIELD, Superintendent; George Hayes; Kay Crockett, Appellees.**

No. 02–2364.

United States Court of Appeals, Eighth Circuit.

Submitted Dec. 6, 2002.

Decided Dec. 24, 2002.

**UNITED STATES of america, Appellee,**

v.

**Gerardo JIMENEZ, Appellant.**

No. 01–3511.

United States Court of Appeals, Eighth Circuit.

Submitted Dec. 20, 2002.

Decided Dec. 24, 2002.

Before WOLLMAN, MORRIS SHEPPARD ARNOLD, and MELLOY, Circuit Judges.

Before WOLLMAN, FAGG, and MELLOY, Circuit Judges.

PER CURIAM.

Walter Edward Helgoth appeals the district court's[1] order granting defendants' motion for summary judgment. Having carefully reviewed the record, we conclude summary judgment in favor of defendants was proper. Even disregarding the evidence that Mr. Helgoth challenges as

---

1. The Honorable Carol E. Jackson, Chief Judge, United States District Court for the Eastern District of Missouri.